JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| THOMAS MORGAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF HUNTINGTON BEACH,<br><br>　　　　　　Defendant. | Case No.: SACV 23-00114-CJC (ADSx)<br><br>ORDER DISMISSING ACTION |

On March 20, 2023, the Court granted the City of Huntington Beach's motion to dismiss Thomas Morgan's challenge to the City's conditional use permit requirement for tattoo establishments under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and Morgan's challenge to the exclusion of tattoo establishments from a specific zoning district under Rule 12(b)(6) for failure to state a claim. (*See* Dkt. 20[Order Granting Defendant's Motion to Dismiss].) The Court concluded that amendment of the claims subject to the Rule 12(b)(6) grant was not futile, so it granted

Morgan leave to amend. (*See id.* at 14.) Morgan has not, however, filed anything in the forty-five days since.

Moreover, on April 27, 2023, the Court noted the parties' failure to file a report in accordance with Rule 26(f) and Local Rule 26-1, as the Court had previously ordered them to do, and further ordered Morgan to show cause in writing by May 1, 2023, why this action should not be dismissed for lack of prosecution. (*See* Dkt. 22 [Order to Cause Re Dismissal for Lack of Prosecution].) The May 1 deadline has passed, yet Morgan has filed nothing.

Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with the Court's prior orders.

DATED:   May 3, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE